**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Emery Frink,

Plaintiff,

v.

Phoenix Police Department,

Defendant.

No. CV-25-02237-PHX-DLR (MTM)

**ORDER**

Before the Court is United States Magistrate Judge Michael T. Morrissey's Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's Amended Complaint (Doc. 21) without prejudice (Doc. 26) and Plaintiff Emery Frink's ("Plaintiff") Response to the Objections, Rule 2.11 Disqualification/Recuse Judge Michael T. Morrissey (Doc. 27.)

Judge Morrissey issued the R&R finding the action is subject to dismissal under Rule 4(m) of the Federal Rules of Civil Procedure for failure to timely serve Defendant and under Rule 41(b) for failure to prosecute and comply with the Court's Order. (Doc. 26). Plaintiff filed a document titled "Respon[s]e to the Objections; Rule 2.11: Disqualification / Recuse Judge Michael T Morrissey" and requested the removal of Judge Morrissey from "all civil procedures."

**I. Objection to R&R**

A District Judge must review *de novo* "any part of the Magistrate Judge's

disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). Proper objections are "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Absent proper objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. Furthermore, "district courts are not *required* to review any portion of an R&R to which no specific objection has been made. *Martinez v. Shinn* 2025 WL 2748679 at *4 (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Although the document is not titled an objection to the R&R, the Court will construe it as such. However, the filing does not identify any specific objection to any portion of the R&R. Because Plaintiff fails to identify any flaw in the R&R's reasoning or object to its factual findings, the Court is relieved of its obligation to review. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not ... require any review at all ... of any issue that is not the subject of an objection."). Nevertheless, the Court reviewed the R&R and agrees with Judge Morrissey's conclusions. The Court will accept the R&R in its entirety.

**II. Motion to Disqualify Judge Morrissey**

Plaintiff also requests that Judge Morrissey be removed from this case for cause. Under the governing statute, "any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned" or when he has a personal bias, prejudice, or financial interest in the subject matter of the case, or when he has other personal interests in the matter or the parties. 28 U.S.C.A. § 455(a-b). Plaintiff's request fails to meet these requirements.

First, Plaintiff claims that Judge Morrissey is biased and prejudiced against Plaintiff. However, Plaintiff provides no factual allegations or evidence to suggest any bias. Plaintiff's dissatisfaction with Judge Morrissey's decision is not indicative of bias and does not constitute grounds for his recusal. *Liteky v. U.S.*, 510 U.S. 540 at 555 (1994); *see also Leslie v. Grupo ICA*, 198 F.3d 1152 at 1160. Second, Plaintiff states that Judge Morrissey

"fail[ed] to deliver a signed Amend (*sic)* Complaint on [Plaintiff's] behalf to Pacer." It is not the role of the Court to affect service on behalf of a plaintiff. Because Plaintiff fails to meet the statutory requirements for recusal, the request to disqualify Judge Morrissey is denied.

**IT IS ORDERED** that the R&R (Doc. 26) is **ACCEPTED**. Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b). The Clerk of Court is kindly directed to enter judgment accordingly.

**IT IS FURTHER ORDERED** that Plaintiff's Response to the Objections, Rule 2.11 Disqualification/Recuse Judge Michael T. Morrissey (Doc. 27) is **DENIED**.

Dated this 19th day of November, 2026.

Douglas L. Rayes
Senior United States District Judge